DUPLICATE

REC'D APR 0 7 2012

## IN THE NEBRASKA DISTRICT COURT IN AND FOR THURSTON COUNTY

| | | |
|---|---|---|
| LAURA A. FREEMONT, | ) | LAW NO. CI 12-31 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | COMPLAINT |
| DOUGLAS ROY ROOS and | ) | |
| DEAN TRANSPORTATION, INC., | ) | |
| | ) | |
| Defendants. | ) | |

FILED APR 5 2012 IN DISTRICT COURT OF THURSTON COUNTY, NEBR. GINA ROTH, CLERK

COMES NOW the Plaintiff, Laura A. Freemont, by and through her attorney, Dennis J. Mahr, and for her Complaint states the following:

### I. PARTIES

1. That the Plaintiff, Laura A. Freemont, is and was at all times material hereto a resident of Walthill, Thurston County, Nebraska.

2. That the Defendant, Douglas Roy Roos, is and was at all times material hereto a resident of Sioux Falls, South Dakota.

3. That the Defendant, Dean Transportation, Inc., is and was at all times material hereto a Texas corporation with its principal place of business being 2711 North Haskell Avenue, Suite 3400, Dallas, Texas 75204. Dean Transportation has been engaged in the interstate trucking business at all times material hereto, including operations in states such as Ohio and Indiana.

### II. GENERAL FACTUAL ALLEGATIONS

4. That on or about May 6, 2008, the Plaintiff, Laura Freemont, was the driver and owner of a 1994 Buick Skylark, VIN 1G4NV55M2RC297974, license plate # 55A130, which was traveling north on U.S. Highway 77 near the Heritage Food Store in Winnebago, Thurston County, Nebraska.

EXHIBIT 1

5.   That on or about May 6, 2008, the Defendant, Douglas Roy Roos, was the driver of a 2007 White Freightliner, VIN 1FUJA6CV17PZ29121, license plate # 1010734, owned by the Defendant, Dean Transportation, Inc. and registered in the state of Indiana. The Defendant, Douglas R. Roos, was also traveling north on U.S. Highway 77 near the Heritage Food Store in Winnebago, Thurston County, Nebraska, directly behind the Plaintiff.

### III. NEGLIGENCE

6.   That on or about the above stated date and location, the Defendant, Douglas Roy Roos, suddenly, negligently and without warning, ran into the rear of the Plaintiff's vehicle that had slowed on the highway and signaled while in preparation to make a left turn.

7.   That the Defendant, Douglas Roy Roos, committed negligent acts of omission or commission at the above stated time and place in one or more of the following particulars, to wit:

(a)   in failing to follow another vehicle more closely than is reasonable and prudent, and such driver shall have due regard for the speed of such vehicles and the traffic upon and the condition of the roadway in violation of Nebraska Code Section 60-6,140 (Reissue 2010);

(b)   in failing to drive any motor vehicle in this state carelessly or without due caution so as to endanger a person or property shall be guilty of careless driving in violation of Nebraska Code Section 60-6,212 (Reissue 2010);

(c)   in following another vehicle more closely than was reasonable and prudent and in disregarding the speed of the plaintiff's vehicle in violation of Section 60-6,140, Nebraska Code (Reissue 2010);

(d)   in driving his vehicle at a speed greater than was reasonable and prudent under the conditions, and in disregarding the actual and potential hazards then existing at the time of the accident in violation of Section 60-6,185, *et seq.* Nebraska Code (Reissue 2010);

2

8. That the aforesaid negligence of the Defendant, Douglas Roy Roos, was the proximate cause of the damages and injuries to the Plaintiff, Laura A. Freemont.

9. That the Defendant, Dean Transportation, Inc., is and was ultimately responsible for the acts of its truck driver/employee, Douglas Roy Roos, on May 6, 2008, and it is therefore vicariously liable for the negligent acts of that driver/employee by Nebraska law.

10. That the aforesaid negligence of the Defendant, Douglas Roy Roos, is fully attributable to Dean Transportation, Inc., as a result of the conduct of that truck driver/employee, which conduct was the proximate cause of the damages and injuries described in this Complaint.

11. That as direct and proximate result of the negligence of the Defendant, Douglas Roy Roos, the Plaintiff, Laura A. Freemont, has previously suffered from and is reasonably certain to experience in the future, permanent physical injuries to her cervical, thoracic and lumbar spines as determined by her neurosurgeon, Dr. Quentin R. Durward,.

12. That as a direct and proximate result of the negligence of the Defendant, Douglas Roy Roos, the Plaintiff, Laura A. Freemont, has in the past been caused to expend great sums of money for the medical care and treatment of her injuries.

13. That as a direct and proximate result of the negligence of the Defendant, Douglas Roy Roos, the Plaintiff, Laura A. Freemont, will in the future be required to expend substantial sums of money for the medical treatment of her related injuries.

14. That the Plaintiff, Laura A. Freemont, has had to and will reasonably continue to have to endure inconvenience, a loss of society and companionship, a loss of reputation and humiliation as a result of the negligence of the Defendant, Douglas Roy Roos.

15. That the Plaintiff, Laura A. Freemont, has sustained and will continue to sustain the loss of her full enjoyment of her physical and mental potentials, including old habits, traits, sports, entertainment and other amusements which she was able to enjoy prior to this accident, but which activities have been constricted and/or eliminated as a consequence of the negligence of the Defendant, Douglas Roy Roos.

16. That the damages sustained by the Plaintiff, Laura A. Freemont, are in excess of the jurisdictional amount necessary to file cases in the Nebraska district courts.

17. That the Plaintiff, Laura A. Freemont, is entitled to recover her full damages, together with any interest and any costs of this action allowable by law, from the Defendants, Dean Transportation, Inc. and its truck driver/employee Douglas Roy Roos.

WHEREFORE, the Plaintiff, Laura A. Freemont, prays for judgment against the Defendants, Douglas Roy Roos and Dean Transportation, Inc., in an amount sufficient to fully compensate her for her damages, for any allowable costs from this action, and for such other and further relief as the Plaintiff is allowed by law, including any interest to which she may be entitled.

Respectfully submitted,

By: _____
Dennis J. Mahr, #15540
334 Commerce Building
520 Nebraska Street
Sioux City, Iowa 51101-1316
Telephone: (712) 233-1623
Facsimile: (712) 233-1625

ATTORNEY FOR PLAINTIFF

REC'D APR 0 7 2012

DUPLICATE

IN THE NEBRASKA DISTRICT COURT IN AND FOR THURSTON COUNTY

| | | |
|---|---|---|
| LAURA A. FREEMONT, | ) | LAW NO. CI 12-31 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | JURY DEMAND |
| DOUGLAS ROY ROOS and | ) | |
| DEAN TRANSPORTATION, INC., | ) | |
| | ) | |
| Defendants. | ) | |

FILED APR 5 2012
IN DISTRICT COURT OF THURSTON COUNTY, NEBR.
GINA ROTH, CLERK

COMES NOW the Plaintiff, Laura A. Freemont, by and through her attorney, Dennis J. Mahr, and requests a trial by jury in the above-entitled matter.

Respectfully submitted,

_____
Dennis J. Mahr, #15540
334 Commerce Building
520 Nebraska Street
Sioux City, Iowa 51101-1316
Telephone: (712) 233-1623
Facsimile: (712) 233-1625

**ATTORNEY FOR PLAINTIFF**

# IN THE NEBRASKA DISTRICT COURT IN AND FOR THURSTON COUNTY

| | |
|---|---|
| LAURA A. FREEMONT, ) | LAW NO. CI 12-31 |
| ) | |
| Plaintiff, ) | |
| ) | PRAECIPE FOR SUMMONS |
| v. ) | |
| ) | |
| DOUGLAS ROY ROOS and ) | |
| DEAN TRANSPORTATION, INC., ) | |
| ) | |
| Defendants. ) | |

FILED APR 5 2012
IN DISTRICT COURT OF THURSTON COUNTY, NEBR.
GINA ROTH, CLERK

TO THE CLERK OF COURT:

Please issue Summons in the above-entitled cause and deliver the same to the undersigned for service upon the Defendant, Dean Transportation, Inc., by certified mail, return receipt requested as follows:

> Dean Transportation, Inc.
> % CT Corporation System (registered agent)
> 350 North St. Paul Street, Suite 2900
> Dallas, Texas 75201

Notify it that the Plaintiff seeks fair and reasonable damages from it as a result of this accident and that its failure to respond within the time set will result in a default judgment.

By: /s/ Dennis J. Mahr
Dennis J. Mahr, #15540
334 Commerce Building, Box B-8
520 Nebraska Street
Sioux City, Iowa 51101-1316
Telephone: (712) 233-1623
Facsimile: (712) 233-1625

ATTORNEY FOR PLAINTIFF



000010517D55

| Image ID: | | |
|---|---|---|
| D00006306D55 | **SUMMONS** | Doc. No.   6306 |

IN THE DISTRICT COURT OF Thurston COUNTY, NEBRASKA
PO Box 216
Pender                    NE 68047


Laura A Freemont v. Douglas R Roos

Case ID: CI 12      31

TO:   Dean Transportation, Inc.

**FILED BY**
Clerk of the Thurston District Court
04/05/2012

You have been sued by the following plaintiff(s):

    Laura A Freemont


Plaintiff's Attorney:     Dennis J Mahr
Address:                  334 Commerce Building
                          520 Nebraska St
                          Sioux City, IA 51101-1316
Telephone:                (712) 233-1623

A copy of the complaint/petition is attached. To defend this lawsuit, an appropriate response must be served on the parties and filed with the office of the clerk of the court within 30 days of service of the complaint/petition. If you fail to respond, the court may enter judgment for the relief demanded in the complaint/petition.

Date:  APRIL  5, 2012        BY THE COURT:  *Maria Roth*
                                                Clerk

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE COMPLAINT/PETITION ON:

    Dean Transportation, Inc.
    % CT Corp System (registered agent)
    350 North St. Paul St, Suite 2900
    Dallas, TX 75201

Method of service:  Certified Mail

You are directed to make such service within ten days after the date of issue, and file with the court clerk proof of service within ten days after the signed receipt is received or is available electronically, whichever occurs first.

# IN THE NEBRASKA DISTRICT COURT IN AND FOR THURSTON COUNTY

| | |
|---|---|
| LAURA A. FREEMONT, ) | LAW NO. CI12-31 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | PRAECIPE FOR SUMMONS |
| ) | |
| DOUGLAS ROY ROOS and ) | |
| DEAN TRANSPORTATION, INC., ) | |
| ) | |
| Defendants. ) | |

FILED APR 5 2012
IN DISTRICT COURT OF THURSTON COUNTY, NEBR.
GINA ROTH, CLERK

TO THE CLERK OF COURT:

Please issue Summons in the above-entitled cause and deliver the same to the undersigned for service upon the Defendant, Dean Transportation, Inc., by certified mail, return receipt requested as follows:

> Dean Transportation, Inc.
> % CT Corporation System (registered agent)
> 251 East Ohio Street, Suite 1100
> Indianapolis, Indiana 46204

Notify it that the Plaintiff seeks fair and reasonable damages from it as a result of this accident and that its failure to respond within the time set will result in a default judgment.

By: /s/ Dennis J. Mahr
Dennis J. Mahr, #15540
334 Commerce Building, Box B-8
520 Nebraska Street
Sioux City, Iowa 51101-1316
Telephone: (712) 233-1623
Facsimile: (712) 233-1625

ATTORNEY FOR PLAINTIFF

000010520D55

Image ID: D00006307D55

**SUMMONS**

Doc. No. 6307

IN THE DISTRICT COURT OF Thurston COUNTY, NEBRASKA
PO Box 216
Pender            NE 68047

Laura A Freemont v. Douglas R Roos

Case ID: CI 12      31

TO:  Dean Transportation, Inc.

**FILED BY**
Clerk of the Thurston District Court
04/05/2012

You have been sued by the following plaintiff(s):

  Laura A Freemont

Plaintiff's Attorney:   Dennis J Mahr
Address:                334 Commerce Building
                        520 Nebraska St
                        Sioux City, IA 51101-1316
Telephone:              (712) 233-1623

A copy of the complaint/petition is attached. To defend this lawsuit, an appropriate response must be served on the parties and filed with the office of the clerk of the court within 30 days of service of the complaint/petition. If you fail to respond, the court may enter judgment for the relief demanded in the complaint/petition.

Date:  APRIL 5, 2012        BY THE COURT:  *Mira Roth*
                                             Clerk

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE COMPLAINT/PETITION ON:

   Dean Transportation, Inc.
   % CT Corp System (registered agent)
   251 East Ohio Street, Suite 1100
   Indianapolis, IN 46204

Method of service:  Certified Mail

You are directed to make such service within ten days after the date of issue, and file with the court clerk proof of service within ten days after the signed receipt is received or is available electronically, whichever occurs first.

## IN THE NEBRASKA DISTRICT COURT IN AND FOR THURSTON COUNTY

| | |
|---|---|
| LAURA A. FREEMONT, ) | LAW NO. CI 12-31 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | PRAECIPE FOR SUMMONS |
| ) | |
| DOUGLAS ROY ROOS and ) | |
| DEAN TRANSPORTATION, INC., ) | |
| ) | |
| Defendants. ) | |

FILED APR 5 2012 IN DISTRICT COURT OF THURSTON COUNTY, NEBR. GINA ROTH, CLERK

TO THE CLERK OF COURT:

Please issue Summons in the above-entitled cause and deliver the same to the undersigned for service upon the Defendant, Douglas Roy Roos, by certified mail, return receipt requested as follows:

> Douglas Roy Roos
> 3209 South 5th Avenue
> Sioux Falls, South Dakota 57105

Notify him that the Plaintiff seeks fair and reasonable damages from him as a result of this accident and that his failure to respond within the time set will result in a default judgment.

By: _____
Dennis J. Mahr, #15540
334 Commerce Building, Box B-8
520 Nebraska Street
Sioux City, Iowa 51101-1316
Telephone: (712) 233-1623
Facsimile: (712) 233-1625

ATTORNEY FOR PLAINTIFF



000010523D55

| Image ID: | | |
|---|---|---|
| D00006308D55 | **SUMMONS** | Doc. No. 6308 |

IN THE DISTRICT COURT OF Thurston COUNTY, NEBRASKA
PO Box 216
Pender           NE 68047

Laura A Freemont v. Douglas R Roos

Case ID: CI 12        31

TO:  Douglas R Roos

**FILED BY**
Clerk of the Thurston District Court
04/05/2012

You have been sued by the following plaintiff(s):

   Laura A Freemont

Plaintiff's Attorney:   Dennis J Mahr
Address:                334 Commerce Building
                        520 Nebraska St
                        Sioux City, IA 51101-1316
Telephone:              (712) 233-1623

A copy of the complaint/petition is attached. To defend this lawsuit, an appropriate response must be served on the parties and filed with the office of the clerk of the court within 30 days of service of the complaint/petition. If you fail to respond, the court may enter judgment for the relief demanded in the complaint/petition.

Date:  APRIL  5, 2012        BY THE COURT:  *Nina Roth*
                                            Clerk

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE COMPLAINT/PETITION ON:

        Douglas R Roos
        3209 South 5th Avenue
        Sioux Falls, SD 57105

Method of service:  Certified Mail

You are directed to make such service within ten days after the date of issue, and file with the court clerk proof of service within ten days after the signed receipt is received or is available electronically, whichever occurs first.

## SERVICE RETURN

Doc. No. 6306

Thurston County District Court
PO Box 216
Pender      NE 68047

To:
Case ID: CI 12     31 Laura A Freemont v. Douglas R Roos

Received this Summons on __April 7, 2012__ I hereby certify that on
_____ served copies of the Summons

**Domestic Return Receipt** (PS Form 3811, February 2004)

- Complete Items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature: [signed]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Terry L. Wood
C. Date of Delivery: APR 12
D. Is delivery address different from item 1? ☐ Yes  ☐ No

RECD APR 16 2012

1. Article Addressed to:
Dean Transportation, Inc.
% CT Corp System
251 E. Ohio St, Ste 1100
Indianapolis, IN 46204

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☒ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number: 7011 1570 0003 0178 0393

---

### CERTIFIED MAIL PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: __Dean Transportation Inc.__
At the following address: __% CT Corp System__
__251 E. Ohio Street, Ste 1100__
__Indianapolis, IN 46204__
on the __9th__ day of __April__, __2012__, as required by Nebraska state law

Postage $ __6.40__  # 9006045
Attorney for: __Plaintiff__

The return receipt for mailing to the party was signed on __April 16__, __2012__.

FILED APR 19 2012
IN DISTRICT COURT OF THURSTON COUNTY, NEBR.
GINA ROTH, CLERK

To: Dean Transportation, Inc.
    % CT Corp System (registered agent)
    350 North St. Paul St, Suite 2900
    Dallas, TX 75201

From: Dennis J Mahr
      334 Commerce Building
      520 Nebraska St
      Sioux City, IA 51101-1316

## ATTACH RETURN RECEIPT & RETURN TO COURT

## SERVICE RETURN

Doc. No.   6308

Thurston County District Court
PO Box 216
Pender        NE 68047

To:
Case ID: CI 12     31  Laura A Freemont v. Douglas R Roos

Received this Summons on ___April 7___, 2012. I hereby certify that on _____ served copies of the Summons

---

**SENDER:**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Douglas R. Roos
    3209 So. 5th Avenue
    Sioux Falls, SD 57105

A. Signature
X _Doug Roos_  ☐ Agent  ☒ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Doug Roos                       4-10-12

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☒ No

RECD APR 12 2012

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7011 1570 0003 0178 0379

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: ___Douglas R. Roos___

At the following address: ___3209 South 5th Avenue___
                          ___Sioux Falls, SD 57105___

FILED APR 19 2012 IN DISTRICT COURT OF THURSTON COUNTY, NEBR. GINA ROTH, CLERK

on the _9th_ day of _April_ _2012_, as required by Nebraska state law.

                                              _[signature]_
           #9006046
Postage $ _6.40_    Attorney for: _Plaintiff_

The return receipt for mailing to the party was signed on _April 12_, _2012_.

To: Douglas R Roos              From: Dennis J Mahr
    3209 South 5th Avenue             334 Commerce Building
                                      520 Nebraska St
    Sioux Falls, SD 57105             Sioux City, IA 51101-1316



## ATTACH RETURN RECEIPT & RETURN TO COURT