## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LAURA A. FREEMONT, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV157 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DOUGLAS ROY ROOS and | ) | |
| DEAN TRANSPORTATION, INC., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court following a telephone conference with counsel on December 10, 2012. Dennis J. Mahr represented the plaintiff. Jennifer D. Tricker represented the defendants. The parties notified the court they have reached a settlement. Upon such notice,

**IT IS ORDERED that:**

1. **On or before January 31, 2013**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the Honorable Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

DATED this 10th day of December, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge