# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LAURA A. FREEMONT, | ) | CASE NO. 8:12CV157 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER OF |
| v. | ) | DISMISSAL WITH PREJUDICE |
| | ) | |
| DOUGLAS ROY ROOS and | ) | |
| DEAN TRANSPORTATION, INC., | ) | |
| | ) | |
| Defendants. | ) | |

NOW on this 23rd day of May, 2013, the Court having before it Plaintiff's Notice of Dismissal FINDS that this matter is hereby dismissed, with prejudice, each party to pay their own costs.

SO ORDERED.

BY THE COURT:

s/ Joseph F. Bataillon
U.S. District Court Judge